USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DISCOVER FINANCIAL SERVICES, INC.,

                Plaintiff,

     - against -

VISA U.S.A., INC., VISA INTERNATIONAL
SERVICE ASSOCIATION, MASTERCARD
INCORPORATED, MASTERCARD INTERNATIONAL
INCORPORATED,

                Defendants.
------------------------------------x
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.,

                Plaintiff,

     - against -

VISA U.S.A., INC., et al.,

                Defendants.
------------------------------------x

04 Civ. 7844 (BSJ)(DFE)

MEMORANDUM AND ORDER

This is an ECF case.

04 Civ. 8967 (BSJ)(DFE)

MEMORANDUM AND ORDER

This is an ECF case.

DOUGLAS F. EATON, United States Magistrate Judge.

     I am responding to the joint letter from Discover Financial and Visa U.S.A., Inc. dated June 15, 2007 (18 pages, plus Exhs. A-H). Pursuant to my normal practice, I plan to keep the joint letter and its exhibits in my chambers file, and I do not plan to have it docketed.

     I essentially agree with the positions stated by Visa at pages 9-17 of that letter. I deny each of the requests set forth by Discover Financial in its proposed order (Exh. H).

                              */s/ Douglas F. Eaton*
                              DOUGLAS F. EATON
                              United States Magistrate Judge
                              500 Pearl Street, Room 1360
                              New York, New York 10007
                              Telephone: (212) 805-6175
                              Fax: (212) 805-6181

Dated:    New York, New York
            June 20, 2007

Copies of this Memorandum and Order will be sent by fax to
Jeffrey I. Shinder at 212-350-2701fax, and to Julie B. Rottenberg
at 202-942-5999fax, and by electronic filing to all counsel and
to Hon. Barbara S. Jones.