

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/07 dc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
AMERICAN EXPRESS TRAVEL       :   Case No. 04-CV-08967 (BSJ)(DFE)
RELATED SERVICES COMPANY, INC. :
                  Plaintiff,  :   ECF CASE
                              :
    – against –               :
                              :   STIPULATION AND ORDER OF
VISA U.S.A. INC., et al.      :   DISMISSAL WITHOUT PREJUDICE
                              :
                              :
                 Defendants.  :
-------------------------------------------------------x

WHEREAS, this action was commenced on November 15, 2004; and

WHEREAS, Plaintiff American Express Travel Related Services Company, Inc. ("Plaintiff"), and Defendants Visa U.S.A. Inc., Visa International Service Association, Bank One, Delaware, N.A., Bank One Corporation, Capital One F.S.B., Capital One Bank, Capital One Financial Corp., Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., JPMorgan Chase & Co., Providian Financial Corporation, Providian National Bank, New American Capital, Inc., Washington Mutual Bank, U.S. Bank, N.A., U.S. Bancorp, Wells Fargo & Company, Wells Fargo Bank (Arizona), N.A., Wells Fargo Bank, N.A., Wells Fargo Financial National Bank, and Wells Fargo Financial, Inc. (collectively, the "Dismissed Defendants"), wish to discontinue this action as to each other only, and not as to any other defendant;

IT IS HEREBY STIPULATED AND AGREED, pursuant to the Federal Rules of Civil Procedure, by and between Plaintiff and the Dismissed Defendants, through their undersigned counsel of record, that all claims asserted by Plaintiff in the above-captioned action against the Dismissed Defendants only, and not as to any other defendant, are dismissed in their entirety without prejudice, in accordance with the November 1, 2007



Release and Settlement Agreement between American Express and Visa, Inc., Visa USA and Visa International, each party to bear its own costs and attorneys' fees.

2

Dated: November 14, 2007

*[signature: Donald Flexner]*
David Boies (DB-4399)
Donald L. Flexner (DF-4812)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
(212) 446-2300

— AND —

Richard A. Feinstein
Robert M. Cooper
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., 8th Floor
Washington, D.C. 20015
(202) 237-2727

*Counsel for Plaintiff American Express Travel Related Services Company, Inc.*

Dated: November 14, 2007

*[signature: John Keker (DPG)]*
John W. Keker
Ragesh K. Tangri
Asim M. Bhansali
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400

— AND —

*[signature: David Gersch]*
David P. Gersch
Mark R. Merley
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000

— AND —

Robert J. Vizas
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000

— AND —

Robert C. Mason (RM 1863)
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000

*Counsel for Defendant Visa U.S.A. Inc.*

3

Dated: November 14, 2007

*[signature]* Ed Fitzpatrick (DPG)
Edward C. Fitzpatrick (BF 9577)
A. Kelly Turner (AT 1429)
**LOCKE LORD BISSELL & LIDDELL LLP**
111 South Wacker Drive
Chicago, IL 60606-4410
Telephone: (312) 443-0700

— AND —

Joseph N. Froehlich (JF 5221)
**LOCKE LORD BISSELL & LIDDELL LLP**
885 Third Avenue, 26th Floor
New York, NY 10022
Telephone: (212) 947-4700

*Counsel for Defendant Visa International Service Association*

4



Dated: November 14, 2007

Andrew J. Frackman (AF-4276)
Edward D. Hassi (EH-5339)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

— AND —

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5380

*Counsel for Defendants Capital One F.S.B., Capital One Bank, and Capital One Financial Corporation*

5



Dated: November 14, 2007

*[signature]*

Charles E. Buffon (CB 5395)
Robert D. Wick (RW 1452)
**COVINGTON & BURLING LLP**
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000

— AND —

Andrew A. Ruffino
**COVINGTON & BURLING LLP**
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000

*Counsel for Defendants Bank One, Delaware, N.A., Bank One Corporation, Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A. and JPMorgan Chase & Co.*

6

Dated: November 14, 2007

_____
Edward G. Biester, III (EB 7570)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000

— AND —

John Dellaportas (JD 5427)
DUANE MORRIS LLP
380 Lexington Avenue
New York, NY 10168-0002
Telephone: (212) 692-1000

*Counsel for Providian Financial Corporation, Providian National Bank, New American Capital, Inc. and Washington Mutual Bank*

7

Dated: November 14, 2007

*signature*

Peter N. Wang
Robert A. Scher
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474

— AND —

Michael C. Lueder
**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: (414) 271-2400

*Counsel for U.S. Bank, N.A. and U.S. Bancorp*

8

Dated:   November 14, 2007

*William F Cavanaugh Jr. /SEZ*
William F. Cavanaugh (WC 3474)
Sarah E. Zgliniec (SZ 0206)
PATTERSON, BELKNAP, WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000

*Counsel for Wells Fargo & Company, Wells Fargo Bank (Arizona), N.A., Wells Fargo Bank, N.A., Wells Fargo Financial National Bank, and Wells Fargo Financial, Inc.*

SO ORDERED:

*[signature]*
Barbara S. Jones, U.S.D.J.
11/15/07

9