UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X
AMERICAN EXPRESS TRAVEL : Case No. 04-CV-08967 (BSJ)(DFE)
RELATED SERVICES COMPANY, INC., :
: ECF CASE
Plaintiff, :
: **STIPULATION AND ORDER OF**
- *against* - : **DISMISSAL WITHOUT PREJUDICE**
:
MASTERCARD INCORPORATED and :
MASTERCARD INTERNATIONAL :
INCORPORATED, :
:
Defendants. X
----------------------------------------------------

WHEREAS, this action was commenced on November 15, 2004; and

WHEREAS, Plaintiff American Express Travel Related Services Company, Inc. ("Plaintiff"), and Defendants MasterCard Incorporated and MasterCard International Incorporated (together, the "Dismissed Defendants"), wish to discontinue this action as to each other.

IT IS HEREBY STIPULATED AND AGREED, pursuant to the Federal Rules of Civil Procedure, by and between Plaintiff and the Dismissed Defendants, through their undersigned counsel of record, that all claims asserted by Plaintiff in the above-captioned action against the Dismissed Defendants are dismissed in their entirety without prejudice in accordance with the June 24, 2008 Release and Settlement Agreement between American Express and MasterCard Incorporated and MasterCard International Incorporated, each party to bear its own costs and attorneys' fees.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```



Dated: June 26, 2008

*signature*

David Boies
dboies@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

--AND--

Donald L. Flexner
dflexner@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 446-2300
Facsimile: (212)446 -2350

*Counsel for American Express Travel Related Services Company, Inc.*

*signature*

Kevin J. Arquit
karquit@stblaw.com
Joseph F. Tringali
jtringali@stblaw.com
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

--AND--

Kenneth A. Gallo
kgallo@paulweiss.com
Joseph J. Simons
jsimons@paulweiss.com
Patricia C. Crowley
pcrowley@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1615 L Street, NW
Washington, DC 20036-5694
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

2.

Arman Y. Oruc  
aoruc@stblaw.com  
SIMPSON THACHER &  
BARTLETT LLP  
601 Pennsylvania Ave., NW  
North Building  
Washington, D.C. 20004  
Telephone: (202) 220-7799  
Facsimile: (202) 220-7702  

--AND--

Gary R. Carney  
gcarney@paulweiss.com  
Amy L. Barton  
abarton@paulweiss.com  
PAUL, WEISS, RIFKIND, WHARTON &  
GARRISON LLP  
1285 Avenue of the Americas  
New York, New York 10019-6064  
Telephone: (212) 373-3000  
Facsimile: (212) 757-3990  

*Counsel for MasterCard Incorporated and  
MasterCard International Incorporated*

SO ORDERED

*[signature]*

Barbara S. Jones  
United States District Judge  

6/30/08